IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MARVIN LEWIS JONES, JR.,                                                                         PLAINTIFF
ADC #653843

v.                                       No. 4:11CV00087 JLH-JJV

CHANCE HANKINS, Jailer,
Ashley County Detention Center                                                                   DEFENDANTS

## ORDER

Marvin Lewis Jones, Jr., brought an action under 42 U.S.C. § 1983 against Chance Hankins, whom he alleges is the jailer at the Ashley County Detention Center in Ashley County, Arkansas. The allegations concern events that occurred at the Ashley County Detention Center in Ashley County, Arkansas. Ashley County is in the Western District of Arkansas, not the Eastern District of Arkansas. *See* 28 U.S.C. § 83. Therefore, venue over this action is in the Western District of Arkansas, not in the Eastern District. 28 U.S.C. § 1391(b). Accordingly, the Clerk is directed to transfer this action to the Western District of Arkansas immediately.

IT IS SO ORDERED this 27th day of September, 2011.

*J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE