**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

MARVIN LEWIS JONES, JR.,                                                                         PLAINTIFF
ADC #653843

v.                                            No. 4:11CV00087 JLH-JJV

CHANCE HANKINS, Jailer,
Ashley County Detention Center                                                                DEFENDANTS

**JUDGMENT**

Pursuant to the Order entered separately today, the Clerk is ordered to transfer this action to the Western District of Arkansas immediately.

IT IS SO ORDERED this 27th day of September, 2011.

*/s/ J. Leon Holmes*
_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE